## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Case No.: 1:21−cv−01823

**STEPHANIE JONES,**
individually and on behalf of all
others similarly situated,

    Plaintiff,

v.

**HAWKINSON NISSAN LLC,**

    Defendant.
_____/

**CLASS ACTION**

**JURY TRIAL DEMANDED**

**Honorable Andrea R. Wood**

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses the instant action.

All claims of Plaintiff, individually, are hereby dismissed with <u>without prejudice</u>. All claims of the putative class members are hereby dismissed <u>without prejudice.</u>

Dated: October 5, 2021

Respectfully Submitted,

| | |
|---|---|
| */s/ Ignacio J Hiraldo*<br>Ignacio J. Hiraldo, Esq.<br>FL Bar No. 56031<br>Washington D.C. Bar No. 485610<br>IJH Law<br>1200 Brickell Ave. Ste. 1950<br>Miami, FL 33131<br>t. 786.496.4469<br>e. ijhiraldo@ijhlaw.com<br><br>*Counsel for Plaintiff* | |